CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 20 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DOUGLAS ROBERT CLIFTON,<br>    Petitioner, | Civil Action No. 7:09-cv-00192 |
| v. | FINAL ORDER |
| BUCHANAN CIRCUIT COURT,<br>    Respondent. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Clifton's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED** without prejudice, his motion to proceed in forma pauperis is **DENIED as moot**, and this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 20th day of May, 2009.

_____
United States District Judge